**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6343

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

NIGEL NICHOLAS DOUGLAS, a/k/a Junior,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:93-cr-00131-HCM-7)

Submitted: July 21, 2016                    Decided: July 22, 2016

Before SHEDD, AGEE and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nigel Nicholas Douglas, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Nicholas Douglas appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the Sentencing Guidelines, as well as its order denying his motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See United States v. Douglas, No. 2:93-cr-00131-HCM-7 (E.D. Va. Jan. 8, 2016; filed Feb. 23, 2016, entered Feb. 24, 2016); see also United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED